IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-55 |
| EMMETT FRESHCORN | |

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Timothy M. Lanni, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the indictment returned in this case and the Arrest Warrant issued pursuant to said indictment. In further support of this Motion, the United States avers as follows:

1. On March 6, 2018, an indictment was returned by the grand jury charging the above-named defendant with violating Title 18, United States Code, Section 922(g)(1). An Arrest Warrant was issued pursuant to said indictment.

2. On March 6, 2018, this Court issued an Order sealing the aforesaid indictment and Arrest Warrant, together with the Motion to Seal, until further Order of Court.

3. On March 12, 2018, the defendant was apprehended and taken into custody.

4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the indictment returned in this case and Arrest Warrant issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the indictment returned in this case and the Arrest Warrant issued

pursuant to the indictment.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: _____
TIMOTHY M. LANNI
Assistant U.S. Attorney
NJ ID No. 011242012
